# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine C. Ackerman<br>John T. Ackerman<br>Debtors | BK NO. 16-02845 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M & T Bank and index same on the master mailing list.

Re: Loan # Ending In: 0194

                            Respectfully submitted,

                            **/s/ Joshua I. Goldman**
                            Joshua I. Goldman, Esquire
                            Thomas Puleo, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 825-6306 FAX (215) 825-6406
                            Attorney for Movant/Applicant