```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02845-RNO
Christine C. Ackerman                                           Chapter 13
John T. Ackerman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: TWilson              Page 1 of 1          Date Rcvd: Aug 16, 2016
                               Form ID: ordsmiss          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
```
db/jdb         Christine C. Ackerman,    John T. Ackerman,    95 Dorantown Rd,    Moscow, PA  18444-7962
cr            +CSU,    Department of Labor and Industry,    Office of Unemployment Compensation,
               651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4809721        Ackerman Christine C,    95 Dorantown Rd,    Moscow, PA  18444-7962
4809722        Ackerman John T,    95 Dorantown Rd,    Moscow, PA  18444-7962
4811050       +Commonwealth of PA- UCTS,    Dept of Labor and Industry Rm 702,    651 Boas St,
               Harrisburg PA 17121-0700
4809723        John Caffese,    803 Main St,    Stroudsburg, PA  18360-1601
4809724        M&T Bank,    c/o KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             EDI: RECOVERYCORP.COM Aug 16 2016 18:58:00      Recovery Management Systems Corporation,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
4817278        EDI: CAPITALONE.COM Aug 16 2016 18:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
4814238        EDI: RECOVERYCORP.COM Aug 16 2016 18:58:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 3
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua Louis Thomas    on behalf of Debtor Christine C. Ackerman joshualthomas@gmail.com,
               Ecf@JRCfirm.com
              Joshua Louis Thomas    on behalf of Joint Debtor John T. Ackerman joshualthomas@gmail.com,
               Ecf@JRCfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Christine C. Ackerman<br>John T. Ackerman | Chapter 13 |
| | Case No. 5:16−bk−02845−RNO |
| **Debtor(s)** | |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: August 16, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: TWilson, Deputy Clerk